UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RICHARD KALLA, and
FIRST MONETARY GROUP,

        Plaintiffs,

                                      CASE NO. 14-CV-13930
v.                                 HONORABLE GEORGE CARAM STEEH

DR. ROGER STANMORE,
METRO REALTY PARTNERS, LLC,

        Defendants.
_____/

## ORDER RECOGNIZING BANKRUPTCY STAY AS TO DEBTOR-DEFENDANT

On November 17, 2014, defendant-debtor Roger Stanmore notified the court that he has filed a Chapter 11 petition with the United States Bankruptcy Court for the Northern District of Alabama. The Bankruptcy Code imposes an automatic stay as to the debtor-defendant, to protect such debtor from judicial action to recover a claim against it that arose before the commencement of the bankruptcy case. 11 U.S.C. § 362(a).

IT IS ORDERED that the bankruptcy stay prevents further prosecution of the above-captioned case against defendant Stanmore only.

Dated: November 25, 2014

                                        s/George Caram Steeh
                                        GEORGE CARAM STEEH
                                        UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on November 25, 2014, by electronic and/or ordinary mail and also on debtor-defendant Roger Stanmore's attorney Kevin Heard at kheard@heardlaw.com.

s/Marcia Beauchemin
Deputy Clerk