UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RICHARD KALLA, and
FIRST MONETARY GROUP,

       Plaintiffs,

                                                CASE NO. 14-CV-13930
v.                                       HONORABLE GEORGE CARAM STEEH

DR. ROGER STANMORE,
METRO REALTY PARTNERS, LLC,

       Defendants.
_____/

### ORDER OF DISMISSAL AND ADMINISTRATIVE CLOSING

On November 25, 2014, this court, having received notice of the filing of a Chapter 11 Bankruptcy Petition by defendant Roger Stanmore, entered an order recognizing that the bankruptcy stay prevents further prosecution of the above-captioned case against defendant Stanmore only. On January 21, 2015, this court ordered plaintiffs to show cause why this matter should not be dismissed for failure to prosecute. Plaintiffs responded that Stanmore filed for bankruptcy but did not address their claims against defendant Metro Realty Partners, a limited liability company of which Stanmore is a managing member. Accordingly, defendant Metro Realty Partners is DISMISSED for plaintiffs' failure to prosecute.

Having dismissed defendant Metro Realty Partners, and recognizing that a bankruptcy stay has been entered as to defendant Stanmore, this case is CLOSED for administrative purposes.

IT IS FURTHER ORDERED that when the bankruptcy stay has been lifted, the case

may be reopened by plaintiff or defendant Stanmore only.

SO ORDERED.

Dated:  February 9, 2015

s/George Caram Steeh
GEORGE CARAM STEEH
UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on February 9, 2015, by electronic and/or ordinary mail and also on debtor-defendant Roger Stanmore's attorney Kevin Heard at kheard@heardlaw.com.

s/Marcia Beauchemin
Deputy Clerk